# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL GERARD JONES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:19-CV-270-JCH |
| DANIEL KEEN, et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court upon review of plaintiff's pro se prisoner civil rights complaint. The complaint is defective because plaintiff has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $400 filing fee **or** submit the application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this ___11th___ day of April, 2019.

\s\ Jean C. Hamilton  
JEAN C. HAMILTON  
UNITED STATES DISTRICT JUDGE